## FAUDEL *v.* IOWA.

No. 123, Misc.   Decided January 6, 1964.

Appellant *pro se.*

*Evan Hultman,* Attorney General of Iowa, for appellee.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## WATKINS *v.* BETO, CORRECTIONS DIRECTOR, ET AL.

No. 417, Misc.   Decided January 6, 1964.

Petitioner *pro se.*

*Waggoner Carr,* Attorney General of Texas, and *Howard Fender, Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondents.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Court of Criminal Appeals for consideration in light of *Douglas* v. *California,* 372 U. S. 353; *Draper* v. *Washington,* 372 U. S. 487.